# Exhibit C

100 Second Avenue South
Suite 401 North
St. Petersburg, Florida 33701
Telephone: 727-230-4949


MAXEY FISHER

1343 Main Street
Suite 412
Sarasota, Florida 34236
Telephone: 941-256-0398

www.maxeyfisher.com

January 07, 2019

*Via Email*

Sig Sauer, Inc.
Mr. Steven Shawver, CLO & EVP
72 Pease Boulevard
Newington, New Hampshire 03801

> ### Re: *Infringement of United States Patent Numbers 8,869,444 and 9,354,021*
> ### *Our Reference Number 401092*

Dear Mr. Shawver:

As you are aware, our firm represents NST Global, LLC dba SB Tactical ("NST"), owner of U.S. Patent Numbers 8,869,444 ("the '444 Patent") and 9,354,021 ("the '021 Patent"; collectively "Infringed Patents") as well as other related intellectual property. The Infringed Patents are related to NST's forearm stabilizing attachments for firearms sold in connection with the STABILZING BRACE trademark. Copies of the Infringed Patents are enclosed, as Exhibits A and B, for reference.

It has recently come to our Client's attention that Sig Sauer, Inc. ("Sig") is manufacturing, marketing, advertising, selling, and offering for sale, a product that infringes upon NST's rights in the Infringed Patents. More specifically, the infringing product is the two variations of your Pivoting Contour Brace ("Accused Product"). NST demands that Sig immediately cease the manufacture, marketing, advertising, selling and offering for sale of the Accused Product.

The Accused Product is pictured and described on your company's Brandlive video and accompanying presentation slides titled "Q2 2018 Rifle Product Management Update" and released on May 21, 2018. The Accused Product is also offered for sale on your website at the following URL: https://www.sigsauer.com/store/sig-sauer-folding-pcb-kit-mpx-mcx-black.html. A printout of this website is enclosed as Exhibit C and a portion of this website is shown below.

Sig Sauer, Inc.
January 07, 2019
Page 2 of 10



Additionally, the Accused Product is offered in conjunction with the Sig MPX Copperhead. While this variation of the Accused Product features a 2-position attachment system to the rear of the firearm, this does not change the analysis in the claim chart provided below because the interaction of the support structure and the body of the pistol stabilizer is identical. The MPX Copperhead can be found on Sig's website at the following URL: https://www.sigsauer.com/store/sig-mpx-copperhead.html. A printout of this website is enclosed as Exhibit D, and a portion of this website is shown below.



We compared the Accused Product against the claims of the Infringed Patents and have determined that the manufacture, importation, use, offer for sale, or sale of the Accused Product, infringes claims of the Infringed Patents in violation of Section 271 of the Patent Act. Being informed of the manner in which the Accused Product infringes on the Infringed Patents, Sig will likely be held liable for enhanced damages.

Sig Sauer, Inc.
January 07, 2019
Page 3 of 10

    Below is a claim chart that illustrates how the Accused Product meets each limitation of claims 1, 6, and 10 of the '444 Patent:

| CLAIM 1 | |
| --- | --- |
| Claim | Accused Product |
| A forearm-gripping stabilizing attachment (A) for a handgun (B), the handgun (B) having a support structure (C) extending rearwardly from the rear end of the handgun (B), the forearm-gripping stabilizing attachment (A), comprising: |  |
| a body (D) having a front end (E), a rear end (F), an upper portion (G), a lower portion (H), |  |
| and a passage (I) longitudinally extending within said upper portion (G) and at least through said front end (E) of said body (D), |  |
| the support structure (C) of the handgun (B) being telescopically receivable by said passage (I); |  |
| said lower portion (H) being bifurcated so as to define a pair of spaced flaps (K) between which a user's forearm is received when securing the stabilizing attachment (A) to the user's forearm; and |  |

Sig Sauer, Inc.
January 07, 2019
Page 4 of 10



| | |
|---|---|
| a strap (J) connected to said body (D), | |
| said strap (J) securing said spaced flaps (K) to retain the user's forearm between said spaced flaps (K) when the stabilizing attachment (A) is secured to a user's forearm. | |

| CLAIM 6 | |
|---|---|
| Claim | Accused Product |
| In combination a forearm-gripping stabilizing attachment (A) and a handgun (B), the combination comprising: | |
| a support structure (C) extending rearwardly outward from the handgun (B); | |
| the forearm-gripping stabilizing attachment (A) comprising: | |



| | |
|---|---|
| a body (D) having a front end (E), a rear end (F), an upper portion (G), a lower portion (H), | |
| and a passage (I) longitudinally extending within said upper portion (G) and at least through said front end (E) of said body (D), | |
| the support structure (C) of the handgun (B) being telescopically received by said passage (I); | |
| said lower portion (H) being bifurcated so as to define a pair of spaced flaps (K) between which a user's forearm is received when securing the stabilizing attachment (A) to the user's forearm; and | |
| a strap (J) connected to said body (D), | |

Sig Sauer, Inc.
January 07, 2019
Page 6 of 10

| | |
|---|---|
| said strap (J) securing said spaced flaps (K) to retain the user's forearm between said spaced flaps (K) when the stabilizing attachment (A) is secured to a user's forearm. |  |

| CLAIM 10 | |
|---|---|
| Claim | Accused Product |
| A forearm-gripping stabilizing attachment (A) for a handgun (B), the handgun (B) having a support structure (C) extending rearwardly from the rear end of the handgun (B), the forearm-gripping stabilizing attachment (A), comprising: | |
| a body (D) having a passage (I) longitudinally extending therein and at least through a front end (E) of said body (D), | |
| the support structure (C) of the handgun (B) being telescopically receivable by said passage (I); | |

Sig Sauer, Inc.
January 07, 2019
Page 7 of 10

| | |
|---|---|
| said body (D) defining a space (L) within which a user's forearm is removably receivable; |  |
| a strap (J) connected to said body (D), | |
| said strap (J) preventing withdrawal of a user's forearm from said space (L) when the forearm gripping stabilizing attachment (A) is secured to the user's forearm; and | |
| wherein said body (D) is bifurcated and defines a pair of spaced flaps (K), | |

Sig Sauer, Inc.
January 07, 2019
Page 8 of 10

| | |
|---|---|
| said pair of spaced flaps (K) defining said space (L) within which the user's forearm is removably receivable. |  |

Below is a claim chart that illustrates how the Accused Product meets each limitation of claim 1 of the '021 Patent:

| CLAIM 1 | |
|---|---|
| Claim | Accused Product |
| A forearm-gripping stabilizing attachment (A) for a handgun (B), the handgun (B) having a support structure (C) extending rearwardly from the rear end of the handgun (B), the forearm-gripping stabilizing attachment (A), comprising: | |
| a body (D) having a front end (E), a rear end (F), an upper portion (G), a lower portion (H), | |
| and a passage (I) longitudinally extending within said upper portion (G) and at least through said front end (E) of said body (D), | |
| the support structure (C) of the handgun (B) being telescopically receivable by said passage (I); | |

Sig Sauer, Inc.
January 07, 2019
Page 9 of 10

| | |
|---|---|
| said lower portion (H) having at least one flap (L) extending from said upper portion (G); |  |
| a strap (J) connected to said body (D), | |
| said strap (J) securing said at least one flap (L) to a user's forearm when the stabilizing attachment (A) is secured to a user's forearm; | |
| and wherein said passage (I) extends entirely through said body (D) between said front end (E) and said rear end (F) of said body (D). | |

Sig is specifically advised that any failure or delay in complying with NST's demand that Sig immediately cease the manufacture, importation, use, offer for sale, or sale of the Accused Product may compound the damages for which Sig may be liable. If NST does not receive a satisfactory written response to its demand by January 15, 2019 at 5:00 p.m. EST, NST will take all steps necessary to protect its valuable intellectual property rights, without further notice to Sig.

Sig Sauer, Inc.
January 07, 2019
Page 10 of 10

   This letter is not an exhaustive statement of all the relevant facts and law. NST expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages. We look forward to a satisfactory and timely response.

              Respectfully yours,
              Maxey-Fisher, PLLC

              Brittany J. Maxey-Fisher
              Patent Attorney

Enclosures.
cc: 1. NST Global, LLC dba SB Tactical

   2. Sig Sauer, Inc.
     Ms. Melissa Lyons, Senior Counsel
     melissa.lyons@sigsauer.com