# EXHIBIT A
# TO CARROLL DECLARATION

# 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L06000045523

**FILED**
**Mar 26, 2018**
**Secretary of State**
**CC0266349869**

**Entity Name:** NST GLOBAL, LLC

**Current Principal Place of Business:**

1225 DARLINGTON OAK CIR NE
ST PETERSBURG, FL 33703

**Current Mailing Address:**

1225 DARLINGTON OAK CIR NE
ST PETERSBURG, FL 33703 US

**FEI Number:** 20-4813354                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LODEN, FRAZE & ASSOCIATES, P.A.
4601 CENTRAL AVENUE
ST. PETERSBURG, FL 33713 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  SCOTT T LODEN                                                03/26/2018

_____
Electronic Signature of Registered Agent                                Date

**Authorized Person(s) Detail :**

| Title | MGR | Title | MANAGER |
|---|---|---|---|
| Name | BOSCO, ALESSANDRO R | Name | DURELLO, LISA |
| Address | 1225 DARLINGTON OAK CIR NE | Address | 1225 DARLINGTON OAK CIR NE |
| City-State-Zip: | ST PETERSBURG FL 33703 | City-State-Zip: | ST PETERSBURG FL 33703 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: LISA DURELLO                            CFO                    03/26/2018

_____
Electronic Signature of Signing Authorized Person(s) Detail               Date

# EXHIBIT B
# TO CARROLL DECLARATION

**real**tor.com®



Est. **$1,296,700** ⓘ


🏠 Track Your Home Value


Map

**6** baths    **5,675** sq ft    **0.98** acres lot

Commute Time

## 1225 Darlington Oak Cir NE,

St Petersburg, FL 33703

Get Up To 4 Free Moving Quotes

**Property Overview** - This magnificent Executive Estate has it all! Size: 5675 sq. ft. with 6 Bedrooms & 6 Walk-in Closets. 4 full Baths and 2 half Baths. Height/ Openness: Two-Story Ceilings in Foyer, Living Room and Family Room. Private, Quiet, Peaceful, Safety Conscious Environment: ADT Security. Rear (Limited Traffic) of Placido Bayou (24 hour security/Gated Community). Property adjoins Conservation Area/Channel (10 ft.+) to Tampa Bay. Limited access for Fishing, Canoeing or Kayaking. Lush, Tropical Landscaping includes 16 Palm Trees. 1st floor In-Law Suite includes a full Bath. Billiard/Game room includes built-in Entertainment Center w/Refrigerator and a Spiral Staircase down to Pool. 2nd floor Wrap-Around Balcony provides Open Two-Story Views. Chef-friendly Kitchen w/Double Ovens, Granite Counters, Center Island, large Walk-In Pantry and Workstation. Spectacular Master Suite has Tray Ceiling w/Sitting Area and Tropical Views. Luxurious Master Bath offers Dual his/her Showers w/Garden Tub. Higher Vanities and Lavatory Room for Privacy. Spacious Lanai includes an Outdoor Kitchen (Jennaire, sink, water) with a large adjoining Pool Storage Room. Lanai borders Master Suite, Living Room, Family Room and In-Law Suite. Two-Story Screened Enclosure covers Solar-heated custom Pebble-Tec Pool, Gas-heated Spa/Jacuzzi and decorative Brick Paver Deck. Glazed, premium low maintenance Tile Roof. In-Wall tubing Pest Control System. 5/8 Drywall. Tons of Storage. Spacious Utility Room. Custom Design w/Many Upgrades!!!!

This property overview is from the previous listing when the home was listed for sale in Mar 11, 2013.



**164.69%**
More expensive than
nearby properties ⓘ

**$386.70K**
Since last sold
in 2014 ⓘ

**$6,311**
Rental Estimate ⓘ

## Own this home?

Check out your owner dashboard to:
· Track your home's value and comps
· Update the important details and photos
· Easily compare similar homes in your area

### 🏠 Home Value for 1225 Darlington Oak Cir NE

In the last 4 years, this home has increased its value by 27%.



March 2019
• This home    **$1,296,700**

Estimated values are not a substitute for professional expertise. Contact your REALTOR® for a market assessment.



**Are you the owner of 1225 Darlington Oak Cir NE?**
Learn how to maximize your home value.

### 🏠 Property History

This property was sold once in the last 22 years.

| Today | ◯ | **Estimated at $1,296,700** |
| Apr 8, 2014 | ◯ | **Sold for $910,000** |
| Dec 9, 2013 | ◯ | **Listed for $910,000** |
| Jul 23, 2013 | ⊕ | **Price Changed to $949,900** |

| Jun 9, 2013 | ⊕ | **Price Changed to $969,900** |
| May 25, 2013 | ⊕ | **Price Changed to $999,995** |
| Mar 11, 2013 | ⊕ | **Listed for $1,050,000** |

>

Listing presented by Bob Fisher, Jr with Charles Rutenberg Realty Inc

| Feb 25, 2004 | ◯ | **Renovated: Addition** |
| Nov 6, 1997 | ◯ | **Renovated: Pool** |
| Sep 5, 1997 | ◯ | **Renovated: New Construction** |

History data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain latest information.

## Property Details

| SALE | | | |
|---|---|---|---|
| Status | Price/Sq Ft | Type | Built |
| **Off Market** | **$228** | **Single Family Home** | **1997** |

**Public Records**

- House size: 5,675 sq ft
- Stories: 2
- Lot size: 42658
- Garage: Garage
- Heating: Central
- Cooling: Central
- Construction: Masonry
- Year built: 1997
- Year renovated: 1998
- Property type: Single family
- Date updated: 01/01/2019
- Units: 1
- Pool: Yes
- Fireplace: Yes

## Nearby Schools

| Rating* | School Name | Grades | Distance |
|---|---|---|---|
| 4 | North Shore Elementary School | K–5 | 1.3 mi |
| 5 | Northeast High School | PK–12 | 2.5 mi |
| NR | Northeast Community School | | 2.5 mi |
| 4 | Shore Acres Elementary School | PK–5 | 1.0 mi |
| 2 | Meadowlawn Middle School | 6–8 | 2.5 mi |

| Rating* | School Name | Grades | Distance |
|---------|-------------|--------|----------|
| NR | Tomlinson Adult Learning Center School | | 3.2 mi |
| NR | Lutheran Church Of The Cross Day Private School | PK–8 | 0.9 mi |
| NR | Canterbury Private School of Florida - Knowlton Campus | 5–12 | 0.9 mi |

* School data provided by National Center for Education Statistics, Pitney Bowes, and GreatSchools. Intended for reference only. GreatSchools Ratings compare a school's test performance to statewide results. To verify enrollment eligibility, contact the school or district directly.

## Neighborhood

1225 Darlington Oak Cir NE is located in Placido Bayou neighborhood in the city of Saint Petersburg, FL.

| $489,900 | $479,900 | 64 | $231 |
|----------|----------|-----|------|
| Median Listing Price | Median Sales Price | Median Days on Market | Price Per Sq Ft |

**Explore The Neighborhood**



## Price & Tax History

**Property Price**

| Date | Event | Price | Price/Sq Ft | Source |
|------|-------|-------|-------------|--------|
| Today | Estimated | $1,296,700 | — | |
| 04/08/2014 | Sold | $910,000 | $160 | MyFloridaMLS |
| 12/09/2013 | Listed | $910,000 | $160 | MyFloridaMLS |
| 07/23/2013 | Price Changed | $949,900 | $167 | MyFloridaMLS |
| 06/09/2013 | Price Changed | $969,900 | $171 | MyFloridaMLS |
| 05/25/2013 | Price Changed | $999,995 | $176 | MyFloridaMLS |

| Date | Event | Price | Price/Sq Ft | Source |
|---|---|---|---|---|
| 03/11/2013 | Listed | $1,050,000 | $185 | MyFloridaMLS |
| 02/25/2004 | Renovated | - | — | CoreLogic |
| 11/06/1997 | Renovated | - | — | CoreLogic |
| 09/05/1997 | Renovated | - | — | CoreLogic |

**Property Tax**

| Year | Taxes | Land | | Additions | | Total Assessment |
|---|---|---|---|---|---|---|
| 2017 | $18,088 | - | + | N/A | = | $863,668 |
| 2016 | $17,949 | - | + | N/A | = | $845,904 |
| 2015 | $18,196 | $248,194 | + | $591,830 | = | $840,024 |
| 2014 | $14,166 | - | + | N/A | = | $660,714 |
| 2013 | $14,089 | - | + | N/A | = | $650,950 |
| 2012 | $14,785 | - | + | N/A | = | $640,069 |
| 2011 | $13,440 | - | + | N/A | = | $651,641 |
| 2010 | $13,061 | - | + | N/A | = | $642,011 |
| 2009 | $12,738 | - | + | N/A | = | $625,132 |
| 2008 | $12,579 | - | + | N/A | = | $624,507 |

About History & Taxes Data

The price and tax history data displayed is obtained from public records and/or MLS feeds from the local
jurisdiction. Contact your REALTOR® directly in order to obtain the most up-to-date information available.

# EXHIBIT C
# TO CARROLL DECLARATION

Case 1:19-00795-RB  Document 151 Filed 08/07/19 Page 1 of 3

# 1225 Darlington Oak Circle NE
## St Petersburg, FL 33703

Subdivision                         Placido Bayou

## Property Detail

| | |
|---|---|
| Current Owners | **Alessandro R Bosco & Lisa Durello** |

Get more homeowner info: contact, photos, criminal records & more

| | |
|---|---|
| Purchase Price | **$910,000** (2014) |
| Property Taxes | **$19,635** (2016) |

| Lot Size | Tax $/Acre | Home Size |
|---|---|---|
| **85,317 Sqft** (1.96 acres) | **$10,018 /Acre** | **6,955 Sqft** |

| Beds | Baths | Built |
|---|---|---|
| **6** | **6** | N/A |

## Search People & Public Records

BeenVerified



Alessandro R. Bosco and Lisa Durello | 1225 Darlington Oak Circle NE, St. Petersburg, FL 33703

## Map



27°48'54.9"N 82°36'59.5"W

Directions    Save

View larger map

| Sales History | ▼ |
|---|---|

| Tax History | ▼ |
|---|---|

| Community Demographics | ▼ |
|---|---|

| Political Representation | ▼ |
|---|---|

| School Districts | ▼ |
|---|---|

| Notes | ▼ |
|---|---|



info@blockshopper.com

 

**STATES**

| | | | |
|---|---|---|---|
| Arizona | District Of Columbia | Missouri | Pennsylvania |
| California | Florida | Nevada | South Carolina |
| Colorado | Illinois | New York | Texas |
| Connecticut | Maryland | North Carolina | Virginia |
| Delaware | Minnesota | Ohio | Washington |

© 2019 BlockShopper. All rights reserved.

Privacy Policy | Terms & Conditions | Legal

# EXHIBIT D
# TO CARROLL DECLARATION







# EXHIBIT E
# TO CARROLL DECLARATION



# State of New Hampshire

# Department of State

## 2019 ANNUAL REPORT

| | |
|---|---|
| Filed | |
| Date Filed: 2/25/2019 | |
| Effective Date: 2/25/2019 | |
| Business ID: 786209 | |
| William M. Gardner | |
| Secretary of State | |

| | |
|---|---|
| BUSINESS NAME: | **NST GLOBAL, LLC** |
| BUSINESS TYPE: | **Foreign Limited Liability Company** |
| BUSINESS ID: | **786209** |
| STATE OF FORMATION: | **Florida** |

| CURRENT PRINCIPAL OFFICE ADDRESS | CURRENT MAILING ADDRESS |
|---|---|
| **1225 DARLINGTON OAK CIR NE**<br>**St Petersburg, FL, 33703, USA** | **1225 DARLINGTON OAK CIR NE**<br>**St Petersburg, FL, 33703, USA** |

| REGISTERED AGENT AND OFFICE | |
|---|---|
| REGISTERED AGENT: | **JEFFRY CREAMER** |
| REGISTERED AGENT OFFICE ADDRESS: | **566 HARVEY RD  Manchester, NH, 03103, USA** |

| PRINCIPAL PURPOSE(S) | |
|---|---|
| NAICS CODE | NAICS SUB CODE |
| **Wholesale Trade** | **Sporting and Recreational Goods and Supplies Merchant Wholesalers** |

| MANAGER / MEMBER INFORMATION | | |
|---|---|---|
| NAME | BUSINESS ADDRESS | TITLE |
| **Jeffry Creamer** | **566 Harvey Rd, MANCHESTER, NH, 03103, USA** | **President** |
| **Alessandro R Bosco** | **1225 Darlington Oak Cir NE, Saint Petersburg, FL, 33703, USA** | **Chief Executive Officer** |
| **Lisa Durello** | **1225 Darlington Oak Cir NE, Saint Petersburg, FL, 33703, USA** | **Chief Financial Officer** |

I, the undersigned, do hereby certify that the statements on this report are true to the best of my information, knowledge and belief.

Title: **Chief Executive Officer**

Signature: **Alessandro R Bosco**

Name of Signer: **Alessandro R Bosco**

**Mailing Address -** Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
**Physical Location -** State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
**Phone:** (603)271-3246 | **Fax:** (603)271-3247 | **Email:** corporate@sos.nh.gov | **Website:** sos.nh.gov
- Page 1 of 1 -

# EXHIBIT F
# TO CARROLL DECLARATION

FREE SHIPPING SITE-WIDE!                                              [ X ]



## CONTACT US

# Got Questions? We've Got Answers!

We've answered many of our most commonly asked questions in our FAQ section. For questions that aren't addressed in the FAQs, please use the Contact Form provided here.

Since SB Tactical™ exploded onto the firearms scene in 2013, we've been laser-focused on creating cutting-edge products that hard-core shooters need. Our line of next-generation accessories is designed and built for shooters who want to maximize the performance and usability of PDW firearms. And we believe that hearing your feedback and answering your questions is critical to our mission. So, what's on your mind?

Simply fill out the form to the right and we'll get back to you as soon as possible.

**Customer Service Hours: Monday through Friday, 9:00am to 5:00pm EST/EDT**

**Phone: 603-854-5030**

Key SB Tactical Bullet Points:

- BATFE Compliant
- US Veteran Designed
- Made in America
- Patented Innovations
- Discounts for Service Members
- 2013 Firearms Accessory of the Year (SB15™)
- 2016 Firearms Accessory of the Year (MPX PSB™)

## TELL US A LITTLE ABOUT YOU!

REASON FOR INQUIRY

Select the Reason

FIRST NAME

LAST NAME

EMAIL ADDRESS

PHONE NUMBER

STREET ADDRESS

CITY

STATE

ZIP CODE

COMMENTS

☐ Yes, I'd like to get SB Tactical News & Updates

**START THE CONVERSATION!**

**EMAIL SIGN UP**

Get recent news, helpful resources & upcoming events.

FIRST NAME

LAST NAME

EMAIL

**SIGN UP**

PRODUCTS

Braces

Accessories

PARTNERS

RESOURCES

ABOUT US

Company

FAQs

News

Service Discount

Patents & Trademarks

Compliance, Applications & Advantages

Policies

Made By Vital | ® Copyright 2019 SB Tactical™. All Rights Reserved.

CONTACT US

# EXHIBIT G
# TO CARROLL DECLARATION



**566 Harvey Rd.**
Manchester, NH 03103

# 566 Harvey Rd.
Manchester, NH 03103

Owned by
**Bc Property Management**

**View Owner Details**

- Possible Owners
- County Assessor Records
- Deeds
- Related Properties
- Neighborhood Safety






Constructed in
**1981**



**5000 sf**
building
**25008 sf lot**







**$8,967** in
property tax



**7** loans found
that range from
**$20,000** to
**$532,500**





Located in
**Hillsborough
County**

**98 sex
offenders**
found within
**3.10 miles**

# Possible Owners

These are individuals who we have identified as possible owners of this property per the
most recent deed. If available, click on a name to search for more information about them.

 **BC PROPERTY
MANAGEMENT**

Get notified when new activity occurs on 566 Harvey Rd

Enable monitoring here to get notified on changes to this
report
△ **Enable Monitoring**

# County Assessor Records

### Property Owner Details

Electronically accessible information on this property's owner is detailed below.

566 Harvey Rd. Manchester, NH 03103

| | |
|---|---|
| **Owner Occupied** | — |
| **Ownership Vesting Type** | CO - Company/Corporation/Incorporated |
| **Mailing Address for Taxes** | 566 Harvey Rd. Manchester, NH 03 103 |

### Property Value & Taxes

Valuation and tax details that have been made electronically accessible are detailed
below.

| Market Value | Assessed Value<br>As of **2017** |
|---|---|
| **Land Value**<br>— | **Land Value**<br>$131,000 |
| **Improvements**<br>— | **Improvements**<br>$253,500 |
| **Total Value**<br>N/A | **Total Value**<br>$384,500 |

Property Taxes
For **2017**

**Tax Amount**
$8,967

## Location of Property

Electronically accessible location identifiers for this property are listed below.

566 Harvey Rd. Manchester, NH 03103

**State**
NH

**County**
Hillsborough

**Municipality**
HILLSBOROUGH

**City**
Manchester

**FIPS County Code**
33011

**APN**
M:0722 B:000 L:00
17

**Duplicate APN**
—

**Brief Description**
MAPNUM: WARD
NUM: BLOCKNU
M: LOTNUM: UNIT
NUM:

**Subdivision**
HIGHLAND INDUS
TRIAL PK

**Tract Number**
—

**Block**
—

**Section**
—

**Lot**
—

**Unit**
—

**Latitude**
42.93615

**Longitude**
-71.425781

## Lot & Building Details

Electronically accessible details on the lot and building(s) that comprise this property are
shown below.

Lot Details

**Standardized Land
Use Code**
IMSC - Miscellaneo
us Industrial

**County Land Use
Code**
405

**Zoning**
—

**Buildings**
1

**Lot Size**
25,008 Sq Ft

**Lot Frontage**
—

**Lot Depth**
—

Building Details

## Overall Attributes

**Total Square Footage**
5,000 Sq Ft

**Number of Stories**
1

**Number of Units**
—

**Year Built**
1981

**Style**
0 - Unknown

**Class**
—

**Construction Type**
3 - Steel

**Codes**
2 - Forced Air
2 - Gas

## Interior Dimensions

**Total Finished Areas**
5,000 Sq Ft

**Additions**
—

**Attics**
—

**Garage**
—

**Basement**
—

## Room Counts

**Total Room Count**
—

**Bedrooms**
—

**Bathrooms**
—

**Basement**
No

---

Get notified when new activity occurs on 566 Harvey Rd

Enable monitoring here to get notified on changes to this report

🔔 **Enable Monitoring**

---

# Deeds

## Deed Records

Any transactions—such as ownership changes and property loans—that have been made digitally accessible by the county this property is located in are detailed below.

**7**

✔ **7 deeds were found** for this property that **span from 1996 to 2018**

*For more details on a specific deed, select a row to expand it*

Mar 21
2018

## New Loan Recorded                                                                                    ⊖

**Enterprise Bk/sc (02) to Bc Property Management Llc**

**Primary Lender Details**

Lender

**Secondary Lender Details**

Lender                    —

| | | | |
|---|---|---|---|
| Loan Amount<br>$20,000 | ENTERPRISE BK/<br>SC (02) | Loan Amount | — |
| Lender Type | B - Bank | Lender Type | — |
| Loan type | — | Loan type | — |
| Line of Credit<br>Loan | 0 - Not a Credit Lin<br>e or Unknown | Line of Credit<br>Loan | — |

### County Records

| | | | |
|---|---|---|---|
| County | HILLSBOROUGH | Document<br>Number | 0090572002 |
| State | NH | Document Type | T |
| Transfer Date | 03/21/2018 | Book Number | — |
| Transfer Value | $20,000 | Page Number | — |
| Transfer Tax | — | Recorded Date | 03/21/2018 |
| Transfer Type | L - Refinance or Eq<br>uity | Recorded Type | — |
| Deed Type | | Quitclaim Deed | No |
| | T - Maps to Grant<br>Deed | | |

Dec 21 **2017**

# Ownership Change ⊖

**From 566 Harvey Road Spe Llc to Bc Property Management Llc**

| Primary Lender Details | | Secondary Lender Details | |
|---|---|---|---|
| Lender | ENTERPRISE BK/<br>FL | Lender | — |
| Loan Amount | $532,500 | Loan Amount | — |
| Lender Type | B - Bank | Lender Type | — |
| Loan type | H - Unknown | Loan type | — |
| Line of Credit<br>Loan | | Line of Credit<br>Loan | — |
| | 1 - Credit Line | | |

### County Records

| | | | |
|---|---|---|---|
| County | HILLSBOROUGH | Document<br>Number | 0090372811 |
| State | NH | Document Type | W |
| Transfer Date | 12/21/2017 | Book Number | — |
| Transfer Value | $410,000 | Page Number | — |
| Transfer Tax | $6,150 | Recorded Date | 12/21/2017 |
| Transfer Type | R - Resale | Recorded Type | — |
| Deed Type | W - Warranty Dee<br>d | Quitclaim Deed | No |

Apr 25 **2013**

**New Loan Recorded**    ⊕

Centrix Bank & Trust to R Bruce & Lynn A Hale

Apr 08 **2010**

**New Loan Recorded**    ⊕

Centrix Bank & Trust to R Bruce Hale

Apr 08 **2010**

**New Loan Recorded**    ⊕

Centrix Bank & Trust to R Bruce Hale



| un 07 2005 | **New Loan Recorded** Banknorth Na to Lynn A Hale | ⊕ |
|---|---|---|
| Apr 17 1996 | **Ownership Change** From **Pamela Anne Paine** to **R Bruce Hale** | ⊕ |

Get notified when new activity occurs on 566 Harvey Rd

Enable monitoring here to get notified on changes to this report    🔔 **Enable Monitoring**

## Related Properties



**No related properties were found**

We searched for related properties, unfortunately there was no data.

Get notified about new deeds recorded for 566 Harvey Rd

Enable monitoring here to get notified on changes to this report    🔔 **Enable Monitoring**

## Neighborhood Safety

### Sex Offenders

BeenVerified searches **national and state-level sex offender registries** and cross-references the home, workplace and/or school addresses of each registered sex offender with **566 Harvey Rd** to determine if any are in close proximity.

*For more information on a specific offender, select a row to expand it*

# EXHIBIT H
# TO CARROLL DECLARATION





# State of New Hampshire
# Department of State

| | |
|---|---|
| Accepted Date: | **11/02/2017** |
| Business Name: | **BC PROPERTY MANAGEMENT LLC** |
| Principal Office Address: | **41 Bellwether Ln, Chester, NH, 03036, USA** |

RE: Acceptance of Business Formation

This letter is to confirm the acceptance of the following business formation:

| | |
|---|---|
| Business ID: | **781821** |
| Tracking #: | **3666670** |
| Expiration Date: | **Perpetual** |
| Effective Date: | **11/01/2017** |
| Payment Transaction #: | **20179980048879001** |

To maintain your business registration in good standing, you must maintain a Registered Agent at all times.
You must also file an annual report no later than April 1st of each year.
To file your annual report please go to http://www.sos.nh.gov/corporate/annualreport/.

It is incumbent upon you to keep this office informed of address or email changes to ensure that
all communications from our office reaches you.
There is no charge for address changes.

Please visit our website for helpful information regarding all your business needs. If you require
assistance or should you have any questions, you may contact the Corporation Division using the
information provided below.

Please reference your Business ID in your communication.

Thank you,

New Hampshire Department of State
Corporation Division



# State of New Hampshire
# Department of State

Filed
Date Filed : 11/01/2017 04:29:00 PM
Effective Date : 11/01/2017 04:29:00 PM
Filing # : 3666670   Pages : 2
Business ID : 781821
William M. Gardner
Secretary of State
State of New Hampshire

Form LLC-1
RSA 304-C:31

CERTIFICATE OF FORMATION
NEW HAMPSHIRE LIMITED LIABILITY COMPANY

THE UNDERSIGNED, under the New Hampshire Limited Liability Company Laws submits the following certificate of formation:

**FIRST**: The name of the limited liability company is:

**BC PROPERTY MANAGEMENT LLC**

**Principal Business Information**:

Principal Office Address:

| **41 Bellwether Ln** | **Chester** | **NH** | **03036** |
| (no. & street) | (city/town) | (state) | (zip code) |

Principal Mailing Address (if different):

| **41 Bellwether Ln** | **Chester** | **NH** | **03036** |
| (no. & street) | (city/town) | (state) | (zip code) |

Business Phone:  **6035125327**

Business Email:  **jessica.pace39@comcast.net**

☑ Please check if you would prefer to receive the Annual Report Reminder Notice by email.

**SECOND**: Describe the nature of the primary business or purposes (and if known, list the NAICS Code and Sub Code):

**53-Real Estate and Rental and Leasing - 120-Lessors of Nonresidential Buildings (except Miniwarehouses)**

**THIRD**: The name of the limited liability company's initial registered agent is:

**Jessica Pace**

The complete address of its registered office (agent's business address) is:

| **41 Bellwether Ln** | **Chester** | **NH** | **03036** |
| (no. & street) | (city/town) | (state) | (zip code) |

**FOURTH**: The management of the limited liability company **is not** vested in a manager or managers.

The period of its duration is: **Perpetual**

**Mailing Address -** Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
**Physical Location -** State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
**Phone:** (603)271-3246 | **Fax:** (603)271-3247 | **Email:** corporate@sos.nh.gov | **Website:** sos.nh.gov

Page 1 of 2                                                                                   Form LLC-1

CERTIFICATE OF FORMATION NEW HAMPSHIRE
LIMITED LIABILITY COMPANY

Form LLC-1
(Cont.)

| | |
|---|---|
| Title: | **Member** |
| Signature: | **Jessica Pace** |
| Name of Signer: | **Jessica Pace** |
| Date signed: | **11/01/2017** |
| Effective Date: | **11/01/2017 04:29:00 PM** |

Note: The sale or offer for sale of membership interests of the limited liability company will comply with the requirements of the New Hampshire Uniform Securities Act (RSA 421-B). The membership interests of the limited liability company: 1) have been registered or when offered will be registered under RSA 421-B; 2) are exempted or when offered will be exempted under RSA 421-B; 3) are or will be offered in a transaction exempted from registration under RSA 421-B; 4) are not securities under RSA 421-B; OR 5) are federal covered securities under RSA 421-B. The statement above shall not by itself constitute a registration or a notice of exemption from registration of securities within the meaning of sections 448 and 461(i)(3) of the United States Internal Revenue Code and the regulation promulgated thereunder.

* Must be signed by a **manager**; if no manager, must be signed by a **member**.

DISCLAIMER: All documents filed with the Corporation Division become public records and will be available for public inspection in either tangible or electronic form.

# State of New Hampshire

# Department of State

CERTIFICATE OF EXISTENCE

OF

**BC PROPERTY MANAGEMENT LLC**

This is to certify that **BC PROPERTY MANAGEMENT LLC** is registered in this office as a **New Hampshire Limited Liability Company** to transact business in New Hampshire on 11/1/2017 4:29:00 PM.

Business ID: **781821**



IN TESTIMONY WHEREOF,

I hereto set my hand and cause to be affixed

the Seal of the State of New Hampshire,

this 1st day of  November A.D. 2017

William M. Gardner

Secretary of State

# EXHIBIT I
# TO CARROLL DECLARATION



# State of New Hampshire
# Department of State
## 2018 ANNUAL REPORT

| Filed |
|---|
| Date Filed: 1/1/2019 |
| Effective Date: 1/1/2019 |
| Business ID: 781821 |
| William M. Gardner |
| Secretary of State |

| | |
|---|---|
| BUSINESS NAME: | **BC PROPERTY MANAGEMENT LLC** |
| BUSINESS TYPE: | **Domestic Limited Liability Company** |
| BUSINESS ID: | **781821** |
| STATE OF FORMATION: | **New Hampshire** |

| CURRENT PRINCIPAL OFFICE ADDRESS | CURRENT MAILING ADDRESS |
|---|---|
| **41 Bellwether Ln**<br>**Chester, NH, 03036, USA** | **41 Bellwether Ln**<br>**Chester, NH, 03036, USA** |

| REGISTERED AGENT AND OFFICE | |
|---|---|
| REGISTERED AGENT: | **Jessica Pace** |
| REGISTERED AGENT OFFICE ADDRESS: | **41 Bellwether Ln  Chester, NH, 03036, USA** |

| PRINCIPAL PURPOSE(S) | |
|---|---|
| NAICS CODE | NAICS SUB CODE |
| **Real Estate and Rental and Leasing** | **Lessors of Nonresidential Buildings (except Miniwarehouses)** |

| MANAGER / MEMBER INFORMATION | | |
|---|---|---|
| NAME | BUSINESS ADDRESS | TITLE |
| **Jessica Pace** | **41 Bellwether Ln, Chester, NH, 03036, USA** | **Member** |

I, the undersigned, do hereby certify that the statements on this report are true to the best of my information, knowledge and belief.

Title: **Member**

Signature: **Jessica Pace**

Name of Signer: **Jessica Pace**

# EXHIBIT J
# TO CARROLL DECLARATION

## Contact

www.linkedin.com/in/jessica-pace-mba-12631a85 (LinkedIn)

## Top Skills

General Ledger

Internal Controls

Financial Reporting

# Jessica Pace, MBA

Director of Operations & Inventory Management at SB Tactical

Greater Boston Area

## Summary

Cost accounting professional with demonstrated expertise in manufacturing systems, process improvement and cross-functional relationship building with Operations, IT and General Accounting.

———

## Experience

**SB Tactical**

Director of Operations & Inventory Management

June 2017 - Present

New Hampshire

**L-3 Communications - Insight Technology Division**

Senior Cost Accountant

March 2015 - June 2017 (2 years 4 months)

• Responsible for ensuring the accuracy and integrity of financial inventory

• Ensure effective controls around inventory process, valuation costing, and general audit support

• Prepare inventory reserve including LCM analysis

• Oversee inventory cycle-count procedures, results and reporting

• Prepare ad-hoc analysis, reports, and financial system data and present information to management

**Unitil**

Cost Accountant

December 2010 - March 2015 (4 years 4 months)

Hampton, NH

• Responsible for over $360m in assets for three natural gas divisions

• Developed Sarbanes – Oxley framework for Construction Cycle including objective, risk and control

• Perform the timely and accurate recording of financial data in accordance with US GAAP standards as required for internal and external reporting

• Monitor all aspects of the construction cost accounting system including materials & supplies, payroll, transportation, invoices, and overhead rate

development to assure that detailed construction costs are properly recorded and reported

• Identify, present and implement process and procedural initiatives in order to optimize efficiency and improve responsiveness in the Accounting and Operations departments

• Act in an audit and reconciliation capacity in physical inventory management for three divisions including inventory valuation

• Identify and research variances in capital and expense budgets for collaborative resolution with Operations

• Department lead in software implementation and testing for asset management and depreciation system, lease and property tax system, financial report writing system, construction estimating model, and customer information system

Best Buy
Supervisor
1999 - 2011 (13 years)
Newington, NH

• Maintain schedules, perform evaluations, conduct training sessions, and handle escalated customer issues

• Identified new methods for cutting operating costs while increasing services

• Supervised up to 30 employees

———

# Education

## Southern New Hampshire University
Master of Business Administration (MBA), Accounting · (2011 - 2014)

## Granite State College
Bachelor's Degree, Accounting · (2006 - 2009)

# EXHIBIT K
# TO CARROLL DECLARATION

BK 5707 PG 2996



Return to:
Jeffry Creamer and Jessica L. Pace
41 Bellwether Lane
Chester, NH 03036




C/H
L-CHIP
ROA320570

015676

2016 APR 22  AM 9: 33

ROCKINGHAM COUNTY
REGISTRY OF DEEDS

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:        That    **JOHN        R. WHITCORE, JR. AND ROBIN J. WHITCORE,** A Married Couple, of 41 Bellwether Lane, Town of Chester, County of Rockingham and State of New Hampshire 03036, for consideration paid grants to **JEFFRY E. CREAMER AND JESSICA L. PACE,** Both Single of 39 Arrow Lane, Town of Raymond, County of Rockingham and State of New Hampshire 03077, as joint tenants with rights of survivorship, with WARRANTY COVENANTS:

A certain parcel, with the improvements thereon, situated on the turnaround at the southerly end of Bellwether Lane in Chester, County of Rockingham, State of New Hampshire, and being Lot #42-108 as shown on plan entitled "Sheepwash Brook Subdivision, Tax Map #4 Lot #42-1, Candia Road, Chester, New Hampshire" dated June 7, 2001 and recorded in the Rockingham County Registry of Deeds as Plan D-29039, and in accordance with said plan, said lot is more particularly bounded and described as follows:

Beginning at a bound on the southerly side of a turnaround at the end of Bellwether Lane at the northwesterly corner of Lot 42-107; thence South 35° 02' 19, East 68.51 feet to a bound; thence South 03° 47' 54" West 294.76 feet to a bound in the stone wall at land now or formerly of French, the preceding two courses being by said Lot 42-107; thence South 41° 07' 14" West 53.67 feet to a point; thence South 400° 22' 11" West 164.89 feet to a point at a bound; thence South 39° 52' 11" West 244.77 feet to a bound at the end of a stone wall; thence South 37° 41' 05" West 67.41 feet to a bound on the easterly side of Old Chester Turnpike, the preceding four courses all being partly by a stone wall and said French land; thence North 24° 56' 15" West 376.87 feet to a point; thence North 24° 02' 22" West 241.57 feet to a point; thence North 24° 38' 34" West 112.43 feet to a break in said wall; thence North 32° 38' 22" East 15.35 feet to the end of a stone wall; thence North 33° 40' 56" West 49.28 feet; thence North 22° 23' 31" West 19.92 feet to a point at land now or formerly of Masonyi, the preceding six courses all being by a stone wall along the easterly line of Old Chester Turnpike; thence North 30° 17' 32" East by said Masonyi land 660.23 feet to a point at Lot 42-110; thence North 30° 17' 32" East by Lot 42-110, 20 feet to a bound; thence South 80° 21' 52" East by said Lot 110 208.14 feet to a point at Lot 42-109; thence South 39° 30' 42" West 165.00 feet to a bound; thence South 31° 43' 21" West 140.61 feet to a bound; thence South 50° 29' 18" East 166.86 feet to a bound on the northerly side of Bellwether Lane, the preceding three courses all being by said Lot 42-109; thence South

BK 5707 PG 2997

39° 30' 42" West by Bellwether lane 118.69 feet to a point; thence in a southeasterly direction following a curve to the left on the turnaround at the end of said Bellwether Lane to a point, said curve having a radius of 60.00 feet and a length of 172.32 feet to the point of beginning.

Containing 12.0016 acres, more or less.

Subject to a 40' wide slope and drainage easement and other items of record as shown on said plan. Also subject to the provisions of a Wetlands and Non-Site Specific Permit recorded in the Rockingham County Registry of Deeds on March 2, 2000.

Meaning and intending to describe and convey the same premises conveyed to John R. Whitcore, Jr. and Robin J. Whitcore, by virtue of a Deed from George Abdallah, dated May 21, 2009 and recorded in the Rockingham County Registry of Deeds in Book 5014, Page 932.

We, the grantors hereby release all rights of homestead in the above described premises.

Executed this 21st day of April, 2016.

_____
Robin J. Whitcore

State/Commonwealth of _____ MASS
County of _____ WORCESTER

Then personally appeared before me on this 19 day of April, 2016, the above said Robin J. Whitcore and acknowledged the foregoing to be her voluntary act and deed.

**CLAUDIA P. MINAYA**
Notary Public, Commonwealth of Massachusetts
My Commission Expires June 27, 2019

_____
Notary Public/Justice of the Peace
Commission expiration: June 27, 2019

Executed this 21st day of April, 2016.

_____
John R. Whitcore, Jr.

State of New Hampshire
County of Rockingham

Then personally appeared before me on this 21st day of April, 2016, the above said John R. Whitcore, Jr. and Robin J. Whitcore and acknowledged the foregoing to be their voluntary act and deed.

MONIQUE ADJAMI SHEVLIN
STATE OF
MY
COMMISSION
EXPIRES
JULY 22,
2020
NEW HAMPSHIRE
NOTARY PUBLIC

_____
Notary Public/Justice of the Peace
Commission expiration:

RE: 2016-4199

Page 2 of 2

# EXHIBIT L
# TO CARROLL DECLARATION

Reverse Address > NH > Chester > 03036

# 41 Bellwether Ln Chester, NH 03036

### Owner & current residents

Jessica L Pace
View Details
Jon Mark Pace
View Details
Jeffry Eamon Creamer
View Details



**Street View My House**
Enter Any Place For Street View
Of My House

hdstreetview.net

## Single-family residence

| | |
|---|---|
| Square footage | 3,618 |
| Lot size (acres) | 11.9 |
| Bedrooms | 4 |
| Bathrooms | 3.0 |
| Year built | 2008 |
| Year sold | 2016 |
| Last sale price | $488K |
| Price / sqft | $134 |
| Tax assessment | $431K |
| Tax / sqft | $119 |

Show all property details

**Neighbors**
33 Bellwether Ln # 42-107
24 Bellwether Ln
19 Bellwether Ln
33 Bellwether Ln
11 Bellwether Ln

Map | Satellite



hester NH 03036-4072. Find contact information for
eighborhood to find your neighbors' names, phone
ic records with background check reports powered
by SmartCheck.

## What is Whitepages?

Whitepages features the top free reverse address lookup tool online, established in 1997. With comprehensive contact information for over 275 million people, neighborhood and property data as well as criminal records, we're not your traditional white pages directory or phone book.

© 2019 Whitepages Inc.