DocuSign Envelope ID: B7377A73-BA9B-401B-A990-2CB4E9A428C4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NST GLOBAL, LLC, d/b/a SB TACTICAL,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**SIG SAUER INC.,**<br><br>        **Defendant.** | **Case No. 1:19-cv-00121-CFC** |

## DECLARATION OF ALESSANDRO BOSCO IN SUPPORT OF PLAINTIFF NST GLOBAL, LLC'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR TRANSFER

Pursuant to 28 U.S.C. § 1746, I, Alessandro Bosco, hereby declare:

1. My name is Alessandro Bosco. I am making this Declaration individually and in my capacity as the corporate representative of the Plaintiff, NST Global, LLC d/b/a SB Tactical ("SB Tactical").

2. I am over the age of majority, have personal knowledge of the matters contained herein, and am of sound mind and body to make this Declaration under penalty of perjury.

3. I am the Chief Executive Officer of SB Tactical.

4. I am a resident of Florida and live in St. Petersburg, Florida.

5. I am the sole named inventor of U.S. Patent No. 8,869,444 and U.S. Patent No. 9,354,021, which are the patents SB Tactical has asserted in bringing this action against the Defendant.

6. SB Tactical is incorporated in the State of Florida.

1

7. SB Tactical's corporate headquarters and principal place of business are located at 1225 Darlington Oak Circle NE, St. Petersburg, Florida 33703.

8. SB Tactical's books and records relevant to this patent infringement lawsuit are located in Florida.

9. The majority of the executive operations of SB Tactical originate from within Florida.

10. I anticipate myself, Jeffry Creamer (President of SB Tactical), and Lisa Durello (Chief Financial Officer of SB Tactical) as SB Tactical's representatives that would be called to testify at trial.

11. Ms. Durello resides in Florida, and it is my understanding that Mr. Creamer is in the process of relocating to Florida.

12. The 5,000 square foot warehouse located on Harvey Road in Manchester, New Hampshire ("Harvey Road Warehouse"), discussed by Defendant in its Motion for Transfer, is a warehouse location only.

13. No design or development work is conducted at the Harvey Road Warehouse.

14. No executive operations occur at the Harvey Road Warehouse.

15. The Harvey Road Warehouse has never functioned as a headquarters or principal place of business for SB Tactical.

16. The 2019 Annual Report filed by SB Tactical with the State of New Hampshire Department of State, as a Foreign Limited Liability Company, and discussed by Defendant in its Motion for Transfer, lists SB Tactical's current principal office address and principal mailing address as 1225 Darlington Oak Circle NE, St. Petersburg, Florida 33703.

17. Plaintiff intends to finalize the procurement of a 26,000 square foot warehouse


DocuSign Envelope ID: B7377A73-BA9B-401B-A990-2CB4E9A428C4

DocuSign Envelope ID: B7377A73-BA9B-401B-A990-2CB4E9A428C4

location in the Sarasota, Florida metropolitan area within the next few months, with the lease term expected to begin in October 2019.

18. The Harvey Road Warehouse will be closed by the end of 2019.

19. The region including Tampa, St. Petersburg, and Sarasota are considered the Tampa Bay region of Florida.

20. The consolidation of all of Plaintiff's employees and executives within the Tampa Bay region of Florida after an initial transitional period has been Plaintiff's business plan since Mr. Creamer began his employment with Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4/9/2019 day of April, 2019.

                                                Alessandro Bosco
                                                Chie Executive Officer
                                                NST Global, LLC dba SB Tactical