DocuSign Envelope ID: 8180098D-9FF4-4F90-B3BF-9A0E510C09EE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NST GLOBAL, LLC, d/b/a SB TACTICAL,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**SIG SAUER INC.,**<br><br>    **Defendant.** | **Case No. 1:19-cv-00121-CFC** |

### DECLARATION OF JEFFRY CREAMER IN SUPPORT OF PLAINTIFF NST GLOBAL, LLC'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR TRANSFER

Pursuant to 28 U.S.C. § 1746, I, Jeffry Creamer, hereby declare:

1. My name is Jeffry Creamer. I am making this Declaration individually and in my capacity as an agent of the Plaintiff, NST Global, LLC d/b/a SB Tactical ("SB Tactical").

2. I am over the age of majority, have personal knowledge of the matters contained herein, and am of sound mind and body to make this Declaration under penalty of perjury.

3. I am the President of SB Tactical.

4. I am currently in the process of relocating from New Hampshire to Florida.

5. I intend to relocate to the Tampa Bay region of Florida.

6. I recently visited the Tampa Bay region of Florida to search for a residential property to purchase.

7. I intend to complete my relocation to the Tampa Bay region of Florida within six (6) months.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4/9/2019 day of April, 2019.

*Jeffry Creamer*

Jeffry Creamer
President
NST Global, LLC dba SB Tactical