**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **NST GLOBAL, LLC, d/b/a SB TACTICAL,** | **Case No. 1:19-cv-00121-CFC** |
| **Plaintiff,** | |
| **v.** | |
| **SIG SAUER INC.,** | |
| **Defendant.** | |

**<u>DECLARATION OF JESSICA PACE IN SUPPORT OF
PLAINTIFF NST GLOBAL, LLC'S RESPONSE IN OPPOSITION
TO DEFENDANT'S MOTION FOR TRANSFER</u>**

Pursuant to 28 U.S.C. § 1746, I, Jessica Pace, hereby declare:

1.      My name is Jessica Pace.  I am making this Declaration individually and in my capacity as an agent of the Plaintiff, NST Global, LLC d/b/a SB Tactical ("SB Tactical").

2.      I am over the age of majority, have personal knowledge of the matters contained herein, and am of sound mind and body to make this Declaration under penalty of perjury.

3.      I am the Director of Operations and Inventory Management for SB Tactical.

4.      I am currently in the process of relocating from New Hampshire to Florida.

5.      I intend to relocate to the Tampa Bay region of Florida.

6.      I have recently visited the Tampa Bay region of Florida to search for a residential property to purchase.

7.      I intend to complete my relocation to the Tampa Bay region of Florida within six (6) months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4/10/2019 ____ day of April, 2019.

Jessica Pace
Director of Operations and Inventory Management
NST Global, LLC dba SB Tactical