# Exhibit 1









| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| .300 Blackout | 5.5 inches | 30+1 | Black Hard Coat Anodized | Black Enhanced PDW | 24 inches | MCX Rattler, Telescoping Pistol Brace, Threaded Barrel, PMCX-300B-5B-TAP-PSB | 81.6 ounces | No | 04976112 | No | **Regular Price:** $2,399.99 **Backorderable** ORDER ONLINE | Out of Stock at Store |

*Shipping to our Anchorage, Alaska location will take 15 - 18 business days

### You May Also Like



**NEMO Arms Battle Light Pistol** — $2,549.99 — Not Yet Rated

**Kriss USA Vector Gen II Pistol** — Not Yet Rated

**IWI Galil ACE Pistol** — Not Yet Rated

**SIG Sauer® MPX Semiautomatic Tactical Rifle** — Not Yet Rated

**Find a Store** — Check out your local store. [Enter ZIP code] [GO]

**Email & Text Sign Up** — Get exclusive deals, news & special offers
Sign Up for Email   Sign Up for Texts

**Customer Service** — Call 1-800-237-4444
Email   Live Chat   FAQs

Get our free catalog   Get our mobile app   Follow us on

**ABOUT US**
Moving Forward Together
Bass Pro Shops
Our History
Accessibility Policy
Careers
Diversity and Inclusion
Sponsored Events
Consumer Product Safety
Brand Partners
Affiliate Programs
Sponsorships/Donations
Cabela's Outdoor Fund

**YOUR ORDER**
Track Your Order
Return Policy
Shipping Information

**PARTNERS**


**SHOPPING RESOURCES**
Gun Library
Online Guns
Gift Cards
Customer Reviews
Boats & Boat Centers
ATV
Business Sales
Military Discount Program
Catalog Quick Order
Errors & Limitations
Site Map

**OTHER DEPARTMENTS**
Articles and Information
Game & Fish Information
Trophy Room

**2018 CABELA'S SALES**
Father's Day Sale
Black Friday Sale
Thanksgiving Day Sale
Christmas Sale
Cyber Monday Sale

**CUSTOMER SERVICE**
HOW DO I...
Change or Cancel Order?
Redeem CLUB or Rewards Points
See All FAQs

**CAB SUPPORT ID**
F65077412
What is this?

Cabela's
©1996-2019 Cabela's Inc. All Rights Reserved.
Please read Cabela's Privacy Policy and Legal Notices.
Cabela's Inc., 1 Cabela Dr., Sidney NE 69160

# Exhibit 2

Title:
Link: https://www.cabelas.com/catalog/includes/restriction_popup.jsp?productId=1954256

# Restrictions that May Apply:

X
Cannot Ship

- New York
- APO/FPO addresses
- International addresses
- Hawaii
- United States addresses that have a zip code that starts with 603
- United States Territories
- United States addresses that have a zip code that starts with 604
- United States addresses that have a zip code that starts with 605
- California
- United States addresses that have a zip code that starts with 606
- United States addresses that have a zip code that starts with 600
- New Jersey
- United States addresses that have a zip code that starts with 607
- United States addresses that have a zip code that starts with 608
- Colorado
- Massachusetts
- Connecticut
- District Of Columbia
- Maryland