# Exhibit 1

 **Philadelphia International Airport to United States District Court for the District of Delaware**  Drive 21.1 miles, 24 min



Map data ©2019 Google    2 mi

| | via I-95 S | 24 min |
|---|---|---|
| | Fastest route, the usual traffic | 21.1 miles |

# Exhibit 2



Google Maps    Boston - Logan International Airport to U.S. District Court District of New Hampshire    Drive 69.3 miles, 1 h 38 min

You can enter notes here.





via I-93 N    1 h 38 min

Fastest route, despite heavier traffic than usual    69.3 miles

⚠ This route has tolls.

DETAILS