# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

NST GLOBAL, LLC, d/b/a SB TACTICAL,

Plaintiff,

v.

SIG SAUER, INC.,

Defendant.

Case No. 1:19-cv-00121-CFC

## SUPPLEMENTAL DECLARATION OF LAURA L. CARROLL
## IN SUPPORT OF DEFENDANT SIG SAUER, INC.'S MOTION TO TRANSFER

I, Laura L. Carroll, declare pursuant to 28 U.S.C. § 1746, that:

1. I am a lawyer and partner at the law firm of Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110. I am one of the attorneys representing SIG Sauer, Inc. ("SIG Sauer"), the defendant in this lawsuit.

2. I am over the age of 18, and am of good health and sound mind to make this declaration in support of SIG Sauer, Inc.'s Motion to Transfer to the District of New Hampshire. I have personal knowledge of the matters stated herein.

3. Attached hereto as Exhibit A is a true and correct copy of the results of a search I conducted on April 16, 2019, on Southwest Airlines' website, www.southwest.com, for flights between the Manchester, NH airport (airport code MHT) and Tampa, FL (airport code TPA).

4. Attached hereto as Exhibit B is a true and correct copy of an aerial map from Google Maps of the property located at 566 Harvey Road, Manchester, NH, which shows the neighboring Manchester, NH airport.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2019, at Boston, MA.

                                             /s/ Laura L. Carroll
                                             Laura L. Carroll
                                             Burns & Levinson LLP
                                             Attorney for Defendant SIG Sauer, Inc.