# EXHIBIT A
## to Supplemental Carroll Declaration

👤 Log in    🔒 Unlock header    Español 🌐

APR 18 - 22
✈ **MHT → TPA**    Modify

✈ **Depart:** MHT ✈ TPA

Manchester, NH - MHT to Tampa, FL - TPA

Government taxes & fees included
All fares are rounded up to the nearest dollar.

| $ | Points |

| TUE **Apr 16** | WED **Apr 17** | THU **Apr 18** | FRI **Apr 19** | SAT **Apr 20** | 📅 Low Fare Calendar | 🧳 **First 2 bags fly free®** Weight, size & excess limits apply |

Sort by [ Departure time ▼ ]    Filter by [ Nonstop ○ ]  [ Availability ○ ]  [ All day ▼ ]    View fare type benefits ⌃

|  | Business Select | Anytime | Wanna Get Away |
|---|---|---|---|
| 🧳 **2 free checked bags** *(1st and 2nd checked bags fly free. Weight and size limits apply.)* | ✔ | ✔ | ✔ |
| **No change fee** *(Fare difference may apply.)* | ✔ | ✔ | ✔ |
| **Reusable funds** ℹ | ✔ | ✔ | ✔ |
| **EarlyBird eligible** | N/A | ✔ | ✔ |
| **Refundable** ℹ | ✔ | ✔ |  |
| **Priority boarding A1-A15** | ✔ |  |  |
| **Fly By®** *(Priority Security Lane)* | ✔ |  |  |

# Plus no change fees*, no hidden fees,

and no what-the-heck-was-that-even-for fees.

That's Transfarency®

*Fare difference may apply.

| | Business Select | Anytime | Wanna Get Away |
|---|---|---|---|
| Complimentary premium drink | ✔ | | |
| Rapid Rewards® earning | | | |

# Departing flights

✗ = Change planes

| | | | | Business Select | Anytime | Wanna Get Away |
|---|---|---|---|---|---|---|
| 1 stop # 873 / 1681<br>**5:40**AM → **11:20**AM | Duration **5h 40m** 1 stop | BWI 1h 35m | | **$533** | **$505** | Unavailable |
| 2 stops # 873 / 1876<br>**5:40**AM → **12:00**PM | Duration **6h 20m** 2 stops | BWI 1h 5m | RDU 0h 35m | **$537** | **$509** | Unavailable |
| 1 stop # 873 / 982<br>**5:40**AM → **12:40**PM | Duration **7h 0m** 1 stop | BWI 3h 5m | | **$533** | **$505** | Unavailable |
| 2 stops # 873 / 2173<br>**5:40**AM → **12:55**PM | Duration **7h 15m** 2 stops | BWI 1h 20m | SDF 0h 30m | **$537**<br>2 left | **$509**<br>2 left | Unavailable |
| 1 stop # 874 / 982<br>**7:00**AM → **12:40**PM | Duration **5h 40m** 1 stop | BWI 1h 45m | | **$533** | **$505** | Unavailable |
| Nonstop # 1783<br>**9:10**AM → **12:30**PM | Duration **3h 20m** | | | **$533** | **$505** | Unavailable |
| 1 stop # 644 / 3713<br>**11:30**AM → **5:05**PM | Duration **5h 35m** 1 stop | BWI 1h 30m | | **$533** | **$505** | Unavailable |
| 2 stops # 644 / 1550 | | | | | | |

Southwest Airlines - Select Flights



| | | | |
|---|---|---|---|
| 11:30 AM → 6:10 PM | Duration 6h 40m 2 stops | BWI 0h 40m ✈ FLL 0h 35m | Sold out | Sold out | Sold out |
| 1 stop   # 2084 / 64 1:50 PM → 7:00 PM | Duration 5h 10m 1 stop | ✈ BWI 1h 0m | $533 1 left | $505 1 left | Unavailable |
| 1 stop   # 2084 / 2028 1:50 PM → 8:40 PM | Duration 6h 50m 1 stop | ✈ BWI 2h 55m | Sold out | Sold out | Sold out |
| 1 stop   # 2292 / 712 3:20 PM → 10:10 PM | Duration 6h 50m 1 stop | ✈ MDW 1h 45m | $533 | $505 | Unavailable |
| Nonstop   # 1368 8:05 PM → 11:20 PM | Duration 3h 15m | | $533 | $505 | Unavailable |

# Return: TPA ✈ MHT

Tampa, FL - TPA to Manchester, NH - MHT

Government taxes & fees included
All fares are rounded up to the nearest dollar.

$ | Points

| SAT Apr 20 | SUN Apr 21 | MON Apr 22 | TUE Apr 23 | WED Apr 24 | Low Fare Calendar | First 2 bags fly free® Weight, size & excess limits apply |
|---|---|---|---|---|---|---|



Sort by: Departure time ▼    Filter by: Nonstop ◯   Availability ◯   All day ▼

View fare type benefits ⌃

Business Select | Anytime | Wanna Get Away



# Plus no

# change fees*, no hidden fees,

## and no what-the-heck-was-that-even-for fees.

That's Transfarency®

*Fare difference may apply.

| | Business Select | Anytime | Wanna Get Away |
|---|---|---|---|
| **2 free checked bags** *(1st and 2nd checked bags fly free. Weight and size limits apply.)* | ✔ | ✔ | ✔ |
| **No change fee** *(Fare difference may apply.)* | ✔ | ✔ | ✔ |
| **Reusable funds** ⓘ | ✔ | ✔ | ✔ |
| EarlyBird eligible | N/A | ✔ | ✔ |
| **Refundable** ⓘ | ✔ | ✔ | |
| **Priority boarding A1-A15** | ✔ | | |
| **Fly By®** *(Priority Security Lane)* | ✔ | | |

## Returning flights

🛬 = Change planes

| | | Business Select | Anytime | Wanna Get Away |
|---|---|---|---|---|
| Nonstop # 2196 **7:55**AM → **10:55**AM | Duration **3h 0m** | $533 | $505 | Unavailable |
| 1 stop # 1243 / 2128 **7:55**AM → **1:15**PM | Duration **5h 20m** 1 stop 🛬 BWI 1h 35m | Sold out | Sold out | Sold out |
| 1 stop # 1243 / 2292 **7:55**AM → **2:45**PM | Duration **6h 50m** 1 stop 🛬 BWI 3h 10m | Sold out | Sold out | Sold out |
| 2 stops # 563 / 2286 | Duration | | | |

Southwest Airlines - Select Flights

| | | | | |
|---|---|---|---|---|
| **9:30**AM → **4:30**PM | 7h 0m<br>2 stops | BHM 0h 35m → MDW 0h 50m | Sold out | Sold out | Sold out |

1 stop   # 534 / 2188

| | | | | |
|---|---|---|---|---|
| **11:25**AM → **6:15**PM | Duration 6h 50m 1 stop | BWI 3h 5m | Sold out | Sold out | Sold out |

2 stops   # 1849 / 2188

| | | | | |
|---|---|---|---|---|
| **11:55**AM → **6:15**PM | Duration 6h 20m 2 stops | RDU 0h 35m — BWI 1h 20m | Sold out | Sold out | Sold out |

1 stop   # 982 / 1368

| | | | | |
|---|---|---|---|---|
| **1:25**PM → **7:30**PM | Duration 6h 5m 1 stop | MDW 1h 25m | Sold out | Sold out | Sold out |

2 stops   # 2260 / 27

| | | | | |
|---|---|---|---|---|
| **2:15**PM → **9:20**PM | Duration 7h 5m 2 stops | CMH 0h 55m — BWI 1h 15m | $537 2 left | $509 2 left | Unavailable |

1 stop   # 120 / 27

| | | | | |
|---|---|---|---|---|
| **3:20**PM → **9:20**PM | Duration 6h 0m 1 stop | BWI 2h 15m | Sold out | Sold out | Sold out |

Nonstop   # 1955

| | | | | |
|---|---|---|---|---|
| **3:35**PM → **6:35**PM | Duration 3h 0m | | $533 | $505 | Unavailable |

1 stop   # 610 / 700

| | | | | |
|---|---|---|---|---|
| **5:05**PM → **12:20**AM ☾ Next Day | Duration 7h 15m 1 stop | BWI 3h 25m | Sold out | Sold out | Sold out |

1 stop   # 1742 / 700

| | | | | |
|---|---|---|---|---|
| **6:45**PM → **12:20**AM ☾ Next Day | Duration 5h 35m 1 stop | BWI 1h 55m | Sold out | Sold out | Sold out |

**Save up to $375\* with Flight + Hotel**    **See packages**    **Continue**

**Important fare and schedule information**

- All fare and fare ranges are subject to change until purchased.
- Flight ontime performance statistics can be viewed by clicking on the individual flight numbers.
- All fare and fare ranges listed are per person for each way of travel.
- "Unavailable" indicates the corresponding fare is unavailable for the selected dates, the search did not meet certain fare requirements, or the flight has already departed.
- "Sold Out" indicates that, based on the number of travelers in your search, we do not have seats for all of those travelers in the particular fare type.
- "Invalid w/ Depart or Return Dates" indicates that our system cannot return a valid itinerary option(s) with the search criteria submitted. This can occur when flights are sold out in one direction of a round trip search or with a same-day round trip search. These itineraries may become valid options if you search with a different depart or return date and/or for a one-way flight instead.
- For infant, child (2-11) and military fares please call 1-800-I-FLY-SWA (1-800-435-9792). **These fares are a discount off the "Anytime" fares**. Other fares may be lower.
- Group Reservations, Ten or more Customers traveling from/to the same origin/destination. Discounts vary. Call 1-800-433-5368
- "Savings with Flight + Hotel" claim is based on average savings for Southwest Vacations bookings purchased in a bundled package of 5 or more nights vs purchasing components separately (i.e: a la carte). Savings on any given package will vary based on the selected origin, destination, travel dates, hotel property, length of stay, car rental, and activity tickets. Savings may not be available on all packages.