# EXHIBIT B
# to Supplemental Carroll Declaration





    

## Photos

