## **CERTIFICATE OF SERVICE**

I, Helena C. Rychlicki, Esquire, certify that, on April 17, 2019, a copy of the *Supplemental Declaration of Laura Carroll in Support of Defendant SIG Sauer, Inc.'s Motion for Transfer to the District of New Hampshire* was served via electronic notification on those individuals who receive CM/ECF notices in this case.

                                                  */s/ Helena C. Rychlicki*
                                                  Helena Rychlicki (DE No. 3996)