# EXHIBIT C



# Trial Statistics
## IPR, PGR, CBM

Patent Trial and Appeal Board
November 2019


UNITED STATES PATENT AND TRADEMARK OFFICE
uspto

# Petitions by Trial Type
**(All Time: 9/16/12 to 11/30/19)**



Trial types include Inter Partes Review (IPR), Post Grant Review (PGR), and Covered Business Method (CBM).



3

# Petitions Filed by Technology in FY20
**(FY20: 10/1/19 to 11/30/19)**



- Mechanical & Business Method: 61 — 33%
- Chemical: 16 — 9%
- Bio/Pharma: 11 — 6%
- Design: 8 — 4%
- Electrical/Computer: 89 — 48%
- 185 Total



4

# Petitions Filed by Month
**(November 2019 and Previous 12 Months: 11/1/18 to 11/30/19)**



IPR: 212 (Nov-18), 114, 114, 88, 119, 90, 102, 110, 107, 119, 97, 99, 74 (Nov-19); 173 (IPR in FY20)



PGR: 7 (Nov-18), 3, 7, 3, 4, 5, 4, 1, 2, 5, 3, 5, 2 (Nov-19); 7 (PGR in FY20)



CBM: 10 (Nov-18), 7, 0, 0, 3, 0, 0, 0, 0, 0, 0, 0, 5 (Nov-19); 5 (CBM in FY20)

5

# Institution Rates
**(FY13 to FY20: 10/1/12 to 11/30/19)**



Institution rate for each fiscal year is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.

6

# Institution Rates by Technology
**(All Time: 9/16/12 to 11/30/19)**



- Bio/Pharma: 59% (515 of 871)
- Chemical: 61% (321 of 527)
- Design: 41% (19 of 46)
- Electrical/Computer: 67% (3,336 of 5,016)
- Mechanical & Business Method: 68% (1,447 of 2,128)

Institution rate for each technology is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



7

# Pre-Institution Settlements
**(FY13 to FY20: 10/1/12 to 11/30/19)**



Settlement rate for each year is calculated by dividing pre-institution settlements by the sum of proceedings instituted, denied institution, dismissed, terminated with a request for adverse judgment, and settled before decision on institution.



8

# Post-Institution Settlements
**(FY13 to FY20: 10/1/12 to 11/30/19)**



Settlement rate for each year is calculated by dividing post-institution settlements by proceedings terminated post-institution (i.e., settled, dismissed, terminated with a request for adverse judgment, and final written decision), excluding joined cases.

9

# Status of Petitions
**(All Time: 9/16/12 to 11/30/19)**



| Petitions | Open Pre-Institution | Settled | Dismissed | Req. Adv. Judgment | Denied | Instituted | Joined | Open Post-Institution | Settled | Dismissed | Req. Adv. Judgment | Final Writ. Decisions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10,819 | 665 | 1,409 | 115 | 42 | 2,926 | 5,662 | 515 | 601 | 1,197 | 72 | 322 | 2,955 |

**Instituted Claims Unpatentable**
- **No Claim: 577 (20%)**
- Some Claims: 527 (18%)
- All Claims: 1,851 (63%)

These figures reflect the latest status of each petition. The outcomes of decisions on institution responsive to requests for rehearing are incorporated. Once joined to a base case, a petition remains in the Joined category regardless of subsequent outcomes.



10

