UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NST GLOBAL, LLC, d/b/a SB TACTICAL,<br><br>         Plaintiff,<br><br>    v.<br><br>SIG SAUER INC.,<br><br>         Defendant. | Civil Action No. 1:19-cv-00792-PB |

JOINT CASE MANAGEMENT STATEMENT
CONCERNING *INTER PARTES* REVIEW

This Court's Memorandum and Order of March 24, 2020 (Doc. 73) ("Mem. and Order") granted a stay of this action, pending the determination by the U.S. Patent & Trademark Office's Patent Trial and Appeal Board ("PTAB") as to whether the PTAB would grant the petitions by Defendant SIG Sauer Inc. ("SIG Sauer") for *inter partes* review ("IPR") of U.S. Patent Nos. 8,869,444 ("the '444 Patent") and 9,354,021 ("the '021 Patent") (collectively, the "Asserted Patents"), the two patents which Plaintiff NST Global, LLC d/b/a SB Tactical ("SB Tactical") has asserted against SIG Sauer in the instant case. The Court's Mem. and Order (at 16) directed the Parties in this case to advise the Court within seven (7) days of the PTAB's determination as to whether it would institute IPR's with respect to the Asserted Patents.

Accordingly, the Parties hereby notify the Court that on June 25, 2020, the PTAB granted both of SIG Sauer's IPR petitions, and has instituted IPR's. During the IPR's, the PTAB will be reevaluating the validity of all claims in the Asserted Patents. Copies of the IPR institution decisions for the '444 Patent and the '021 Patent are attached to this Joint Case Management

Statement as Exhibits 1 and 2, respectively.  The PTAB has also issued Scheduling Orders in the IPR's for the Asserted Patents, copies of which are attached as Exhibits 3 and 4.

Dated:  July 2, 2020

| **NST GLOBAL, LLC DBA SB TACTICAL,**<br><br>By its attorneys,<br><br>*/s/ William R. Brees*<br>Brittany J. Maxey-Fisher (*pro hac vice*)<br>William R. Brees (*pro hac vice*)<br>Samuel E. Cooley (*pro hac vice*)<br>MAXEY-FISHER, PLLC<br>100 Second Avenue South<br>Suite 401 North<br>St. Petersburg, Florida 33701<br>Tel: 727-230-4949<br>bmaxeyfisher@maxeyfisher.com<br>wbrees@maxeyfisher.com<br>scooley@maxeyfisher.com<br><br>Leslie C. Nixon (NH Bar No.1880)<br>Nixon, Vogelman, Slawsky, & Simoneau, P.A.<br>77 Central Street<br>Manchester, NH 03101<br>Tel: 603-669-7070<br>Fax: 603-669-7080<br>lnixon@davenixonlaw.com<br><br>Jason M. Ellison (*pro hac vice*)<br>ELLISON & LAZENBY, PLLC<br>200 Central Avenue, Suite 1850<br>St. Petersburg, Florida 33701<br>Tel: 727-362-6151<br>jellison@elattorneys.com | **SIG SAUER INC.,**<br><br>By its attorneys,<br><br>*/s/ Laura L. Carroll*<br>Laura L. Carroll (NH Bar No. 17444)<br>Eric G. J. Kaviar (*pro hac vice*)<br>BURNS & LEVINSON LLP<br>125 High Street<br>Boston, MA 02110<br>Tel: 617-345-3000<br>Fax: 617-345-3299<br>lcarroll@burnslev.com<br>ekaviar@burnslev.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically served a copy of this document and exhibits thereto on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated:  July 2, 2020                                      */s/ Laura L. Carroll*
                                                                  Laura L. Carroll